

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00586-CV

Nita Harmon Smith
v.
Padre Isles Property Owners Association, Inc.

On Appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 2012-DCV-1661-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed with prejudice. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 13, 2014